**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Beth Coco                          CHAPTER 13

                   Debtor(s)

                                                       BKY. NO. 22-11896 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC and index same on the master mailing list.

                                             Respectfully submitted,

                                          /s/ *Denise Carlon*
                                              Denise Carlon
                                              22 Sep 2022, 17:09:03, EDT

                             KML Law Group, P.C.
                             701 Market Street, Suite 5000
                             Philadelphia, PA 19106-1532
                             (215) 627-1322