United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11896-mdc |
| Beth Coco | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 17, 2022 | Form ID: 155 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Beth Coco, 7601 Central Avenue, Philadelphia, PA 19111-2401 |
| 14709447 | + | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14709457 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14709459 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14710090 | | Regions Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14724000 | + | Rocket Mortgage, LLC, f/k/a Quicken Loans, LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14709449 | | Email/Text: megan.harper@phila.gov | Nov 18 2022 00:07:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14709445 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2022 00:16:58 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14709448 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 18 2022 00:17:07 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14709450 | + | Email/Text: bankruptcy@philapark.org | Nov 18 2022 00:07:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14709451 | + | Email/Text: dplbk@discover.com | Nov 18 2022 00:07:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14709452 | ^ | MEBN | Nov 18 2022 00:01:52 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14709453 | ^ | MEBN | Nov 18 2022 00:01:58 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14709454 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 18 2022 00:06:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14709446 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 18 2022 00:16:58 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14713896 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 18 2022 00:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14722383 | | Email/PDF: pa_dc_claims@navient.com | Nov 18 2022 00:16:58 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14709455 | + | Email/PDF: pa_dc_claims@navient.com | Nov 18 2022 00:17:11 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14709456 | + | Email/PDF: pa_dc_claims@navient.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2022 | Form ID: 155 | Total Noticed: 29 |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
|  |  |  | Nov 18 2022 00:17:05 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14709458 | + | Email/Text: bankruptcy@philapark.org | Nov 18 2022 00:07:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-2895 |
| 14723747 | ^ | MEBN | Nov 18 2022 00:02:05 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14724699 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 18 2022 00:07:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14722380 |  | Email/PDF: pa_dc_claims@navient.com | Nov 18 2022 00:17:05 | SLM BANK, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14709460 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Nov 18 2022 00:16:58 | Sofi Lending Corp, 234 1st Street, San Francisco, CA 94105-2624 |
| 14709461 |  | Email/Text: DASPUBREC@transunion.com | Nov 18 2022 00:06:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14721240 |  | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Nov 18 2022 00:06:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14709462 | + | Email/Text: bkelectronicnotices@usaa.com | Nov 18 2022 00:06:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 14709464 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Nov 18 2022 00:06:00 | USDOE/GLELSI, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |
| 14709465 | + | Email/Text: bkfilings@zwickerpc.com | Nov 18 2022 00:07:00 | Zwicker & Associates, P.C., 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14709463 |  | Usaa Savings Bank |
| 14716714 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2022 | Form ID: 155 | Total Noticed: 29 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Beth Coco mail@cibiklaw.com cibiklawpc@jubileebk.net |
| MICHAEL I. ASSAD | on behalf of Debtor Beth Coco mail@cibiklaw.com cibiklawpc@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Beth Coco
     Debtor(s)

Chapter: 13

Bankruptcy No: 22−11896−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 17th day of November, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Magdeline D. Coleman
                                        Chief Judge ,
                                        United States Bankruptcy Court

                                                                         24 − 19
                                                                       Form 155