Certificate Number: 16339-PAE-DE-039935265

Bankruptcy Case Number: 22-11896



16339-PAE-DE-039935265

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 1, 2025, at 10:08 o'clock PM EDT, Beth Coco completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 1, 2025             By:    /s/Kelley Tipton

                                   Name:  Kelley Tipton

                                   Title: Certified Financial Counselor