IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>BETH COCO<br><br>**Debtor** | CHAPTER 13<br><br>BANKRUPTCY NO. 22-11896-DJB |

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, Chapter 13 Standing Trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Debtor

BETH COCO
7601 CENTRAL AVENUE
PHILADELPHIA, PA  19111

B. and by electronic service only:

Creditor

ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC F/K/
635 WOODWARD AVENUE
DETROIT, MI  48226

Debtor's Attorney

CIBIK LAW, P.C.
MICHAEL A. CIBIK, ESQ.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA  19102

Dated:  8/13/2025

/s/ Kenneth E. West
Kenneth E. West, Esquire
Chapter 13 Standing Trustee