United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-11896-djb
Beth Coco  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Aug 13, 2025  Form ID: 138OBJ  Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Beth Coco, 7601 Central Avenue, Philadelphia, PA 19111-2401 |
| 14709447 | + | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14709457 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14709459 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14724000 | + | Rocket Mortgage, LLC, f/k/a Quicken Loans, LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 14 2025 00:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2025 00:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14738204 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 14 2025 00:53:11 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14709449 | | Email/Text: megan.harper@phila.gov | Aug 14 2025 00:44:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14709445 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2025 00:42:47 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14709446 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 14 2025 00:42:16 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 14709448 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2025 00:53:03 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14709450 | + | Email/Text: bankruptcy@philapark.org | Aug 14 2025 00:44:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14709451 | + | Email/Text: dplbk@discover.com | Aug 14 2025 00:43:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14709452 | | Email/Text: bankruptcycourts@equifax.com | Aug 14 2025 00:43:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14709453 | ^ | MEBN | Aug 14 2025 00:36:07 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14709454 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 14 2025 00:43:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14713896 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 14 2025 00:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, |

Case 22-11896-djb   Doc 38   Filed 08/15/25   Entered 08/16/25 00:42:41   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 13, 2025 | Form ID: 138OBJ | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14834705 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2025 00:42:23 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14722383 | | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 14 2025 00:53:02 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14709455 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 14 2025 00:42:19 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14709456 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 14 2025 00:53:05 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14709458 | + | Email/Text: bankruptcy@philapark.org | Aug 14 2025 00:44:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14710090 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2025 00:42:23 | Regions Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14723747 | ^ | MEBN | Aug 14 2025 00:36:29 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14724699 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 14 2025 00:43:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14722380 | | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 14 2025 00:53:07 | SLM BANK, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14709460 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Aug 14 2025 00:53:04 | Sofi Lending Corp, 234 1st Street, San Francisco, CA 94105-2624 |
| 14709461 | | Email/Text: DASPUBREC@transunion.com | Aug 14 2025 00:43:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14721240 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 14 2025 00:43:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14709462 | + | Email/Text: bkelectronicnotices@usaa.com | Aug 14 2025 00:43:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 14709464 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 14 2025 00:43:00 | USDOE/GLELSI, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |
| 14709465 | + | Email/Text: bkfilings@zwickerpc.com | Aug 14 2025 00:44:00 | Zwicker & Associates, P.C., 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14709463 | | Usaa Savings Bank |
| 14716714 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 13, 2025 | Form ID: 138OBJ | Total Noticed: 33 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2025              Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Beth Coco help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 138OBJ* (6/24)−doc 37 − 35

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
    Beth Coco  )    Case No. 22−11896−djb
    )
    )
Debtor(s).  )    Chapter: 13
    )
    )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 13, 2025

For The Court

Timothy B. McGrath
Clerk of Court