United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 22-11896-djb

Beth Coco                                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 13, 2025 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Beth Coco, 7601 Central Avenue, Philadelphia, PA 19111-2401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | |
| | on behalf of Debtor Beth Coco help@cibiklaw.com |
| | noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

___

In Re: Beth Coco

    Debtor(s)         Case No:22−11896−djb

                 Chapter: 13

___

### NOTICE OF TERMINATION OF WAGE ORDER

### NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

              For The Court

              Timothy McGrath,
              Clerk of Court

Date: 8/13/25